| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>NICKLAS A. AKERS<br>Senior Assistant Attorney General<br>BERNARD A. ESKANDARI (SBN 244395)<br>Supervising Deputy Attorney General<br><br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Tel: (23713) 269-6348<br>Fax: (213) 897-4951<br>Email: bernard.eskandari@doj.ca.gov<br>*Attorneys for Plaintiff the People of the State of California*<br><br>[See signature page for the complete list of parties represented. Civ. L.R. 3-4(a)(1).] | J. WESLEY SAMPLES (CABN 321845)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7073<br>Fax: (415) 436-6748<br>Email: wes.samples@usdoj.gov<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>BETSY DEVOS, in her official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE, VACATE THE JOINT CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE, AND ~~[PROPOSED]~~ ORDER**<br><br>Current Case Management Conference<br>Date: October 15, 2020<br>Time: 2:30 pm<br>Place: Oakland Courthouse, 1301 Clay St. Oakland, CA 9461, or by telephonic or video conference means per General Order 72-6<br>Judge: Hon. Saundra Brown Armstrong |

JOINT STIPULATION
4:20-CV-04717-SBA

## INTRODUCTION

The Plaintiffs and Defendants (collectively, the "Parties") jointly submit this stipulated briefing schedule. Additionally, Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, the Parties request that the Court vacate the Case Management Statement due October 8, 2020 and the Initial Case Management Conference set for October 15, 2020 until after the Court has ruled on Defendants' Motion to Dismiss For Lack of Standing (Dkt. No. 61). Vacating the Case Management Statement and Initial Case Management Conference will allow for the Parties to complete briefing and for the Court to rule on the threshold issue of standing, before undertaking the Initial Case Management Conference. This is the first request to modify the schedule in this case, and this request will not impact any deadlines other than those addressed herein.

## JOINT STIPULATION FOR BRIEFING

WHEREAS, the Parties wish to set a plan for briefing Defendants' Motion to Dismiss for Lack of Standing (Dkt. No. 61);

NOW, THEREFORE, it is hereby STIPULATED and AGREED between Plaintiffs and Defendants:

| Stipulated Schedule | |
|---|---|
| **Event** | **Deadline** |
| Joint Case Management Statement | Vacated |
| Initial Case Management Conference | Vacated |
| Plaintiffs' Response In Opposition To Defendants' Motion To Dismiss | Friday, November 20, 2020 |
| Defendants' Reply In Support to Plaintiffs' Response In Opposition | Friday, January 8, 2021 |
| Hearing Date, subject to the Court's approval | Wednesday, February 10, 2021 at 2:00pm |

| | | |
|---|---|---|
| 1 | DATED: September 29, 2020 | Respectfully submitted |
| 2 | | |
| 3 | | DAVID L. ANDERSON<br>United States Attorney |
| 4 | | |
| 5 | By: | /s/ J. Wesley Samples<br>J. WESLEY SAMPLES<br>Assistant United States Attorney |
| 6 | | |
| 7 | | XAVIER BECERRA<br>Attorney General<br>State of California |
| 8 | | |
| 9 | | /s/ Bernard A. Eskandari *<br>NICKLAS A. AKERS |
| 10 | | Senior Assistant Attorney General<br>BERNARD A. ESKANDARI (SBN |
| 11 | | 244395)<br>Supervising Deputy Attorney General |
| 12 | | 300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013 |
| 13 | | Tel: (23713) 269-6348<br>Fax: (213) 897-4951 |
| 14 | | Email: bernard.eskandari@doj.ca.gov<br>*Attorneys for Plaintiff the People of the* |
| 15 | | *State of California* |
| 16 | | MAURA HEALEY<br>Attorney General |
| 17 | | State of Massachusetts |
| 18 | | |
| 19 | | /s/ Yael Shavit *<br>YAEL SHAVIT (Pro Hac) |
| 20 | | MIRANDA COVER (Pro Hac)<br>MAX WEINSTEIN (Pro Hac) |
| 21 | | Assistant Attorneys General<br>One Ashburton Place |
| 22 | | Boston, MA 02108<br>Tel: (617) 963-2197 |
| 23 | | Fax: (617) 727-5762<br>Email: yael.shavit@state.ma.us |
| 24 | | *Attorneys for Plaintiff the Commonwealth of* |
| 25 | | *Massachusetts* |
| 26 | | PHILIP J. WEISER<br>Attorney General |
| 27 | | State of Colorado |
| 28 | | |

JOINT STIPULATION
4:20-CV-04717-SBA          2

/s/ *Olivia D. Webster* *
Olivia D. Webster‡ (Pro Hac)
Senior Assistant Attorney
Kevin. J. Burns‡ (Pro Hac)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Libby.Webster@coag.gov
Kevin.Burns@coag.gov
‡Counsel of Record
*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General
State of Connecticut

/s/ *Joseph J. Chambers* *
Joseph J. Chambers (Pro Hac)
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5270
Fax: (860) 772-1709
Email: joseph.chambers@ct.gov
*Attorney for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General
State of Delaware

/s/ *Vanessa L. Kassab* *
Christian Douglas Wright
Director of Impact Litigation
Vanessa L. Kassab (Pro Hac)
Deputy Attorney General
Delaware Department of Justice
820 North French Street, 5th Floor
Wilmington, DE 19801
(302) 577-8600
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

KARL A. RACINE
Attorney General
District of Columbia

|   |   |
|---|---|
| 1 | |
| 2 | /s/ *Benjamin M. Wiseman* * |
|   | Benjamin M. Wiseman (Pro Hac) |
| 3 | Director, Office of Consumer Protection |
|   | Attorney General for the District of |
| 4 | Columbia |
|   | 441 4th Street, N.W., 6th Floor |
| 5 | Washington, DC 20001 |
|   | 202-741-5226 |
| 6 | Benjamin.wiseman@dc.gov |
|   | *Attorney for the District of Columbia* |
| 7 | |
| 8 | CLARE E. CONNORS |
|   | Attorney General |
| 9 | State of Hawaiʻi |
| 10 | /s/ *Thomas Francis Mana Moriarty** |
|   | Bryan C. Yee (Pro Hac) |
| 11 | Thomas Francis Mana Moriarty |
|   | Deputy Attorneys General |
| 12 | 425 Queen Street |
|   | Honolulu, HI 96813 |
| 13 | Tel: (808) 586-1180 |
|   | Fax: (808) 586-1205 |
| 14 | Email: mana.moriarty@hawaii.gov |
|   | *Attorneys for Plaintiff the State of Hawaiʻi* |
| 15 | |
| 16 | KWAME RAOUL |
| 17 | Attorney General |
|   | State of Illinois |
| 18 | |
| 19 | /s/ *Caleb Rush* * |
|   | Caleb Rush (SBN 189955) |
| 20 | Assistant Attorney General |
|   | Greg Grzeskiewicz |
| 21 | Bureau Chief, Consumer Fraud Bureau |
|   | Joseph Sanders |
| 22 | Gregory W. Jones |
|   | Assistant Attorneys General, Consumer |
| 23 | Fraud Bureau |
|   | Office of the Illinois Attorney General |
| 24 | 100 W. Randolph St., 12th Fl. |
| 25 | Chicago, IL 60601 |
|   | 312-814-6796 (Sanders) |
| 26 | 312-814-4987 (Jones) |
|   | 312-793-0793 (Rush) |
| 27 | Fax: 312-814-2593 |
| 28 | |

| | |
|---|---|
| 1 | jsanders@atg.state.il.us |
| 2 | gjones@atg.state.il.us |
|   | crush@atg.state.il.us |
| 3 | *Attorneys for Plaintiff State of Illinois* |
| 4 | AARON M. FREY |
|   | Attorney General |
| 5 | State of Maine |
| 6 | /s/ *Jillian R. O'Brien* * |
| 7 | Jillian R. O'Brien, Cal. SBN 251311 |
|   | Assistant Attorney General |
| 8 | Office of the Attorney General |
|   | 6 State House Station |
| 9 | Augusta, ME 04333-0006 |
|   | jill.obrien@maine.gov |
| 10 | 207-626-8582 |
| 11 | *Attorneys for Plaintiff the State of Maine* |
| 12 | BRIAN E. FROSH |
|   | Attorney General |
| 13 | State of Maryland |
| 14 | /s/ *Christopher J. Madaio* * |
| 15 | Christopher J. Madaio (Pro Hac) |
|   | Assistant Attorney General |
| 16 | Office of the Attorney General |
|   | Consumer Protection Division |
| 17 | 200 St. Paul Place, 16th Floor |
|   | Baltimore, MD 21202 |
| 18 | (410) 576-6585 |
| 19 | cmadaio@oag.state.md.us |
|   | *Attorney for Plaintiff State of Maryland* |
| 20 | |
|   | DANA NESSEL |
| 21 | Attorney General |
|   | State of Michigan |
| 22 | |
|   | /s/ *Brian G. Green* * |
| 23 | Brian G. Green (Pro Hac) |
| 24 | Assistant Attorney General |
|   | Michigan Department of Attorney General |
| 25 | 525 West Ottawa Street, 5th Floor |
|   | P.O. Box 30736 |
| 26 | Lansing, MI 48933 |
| 27 | (517) 335-7632 |
|   | GreenB@michigan.gov |
| 28 | |

JOINT STIPULATION
4:20-CV-04717-SBA                          5

|   |   |   |
|---|---|---|
| 1 |  | *Attorney for Plaintiff State of Michigan* |
| 2 |  | KEITH ELLISON<br>Attorney General |
| 3 |  | State of Minnesota |
| 4 |  | /s/ *Adam Welle* * |
|   |  | Adam Welle (Pro Hac) |
| 5 |  | Assistant Attorney General |
|   |  | Bremer Tower, Suite 1200 |
| 6 |  | 445 Minnesota Street |
|   |  | St. Paul, MN 55101 |
| 7 |  | (651) 757-1425 (Voice) |
| 8 |  | (651) 282-5832 (Fax) |
|   |  | adam.welle@ag.state.mn.us |
| 9 |  | *Attorney for Plaintiff the State of Minnesota* |
| 10 |  | AARON D. FORD |
|   |  | Attorney General |
| 11 |  | State of Nevada |
| 12 |  |  |
|   |  | ERNEST D. FIGUEROA |
| 13 |  | Consumer Advocate |
| 14 |  | /s/ *Laura M. Tucker* * |
|   |  | Laura M. Tucker (Pro Hac) |
| 15 |  | Senior Deputy Attorney General |
| 16 |  | State of Nevada, Office of the Attorney<br>General |
| 17 |  | Bureau of Consumer Protection |
|   |  | 8945 W. Russell Road, #204 |
| 18 |  | Las Vegas, NV 89148 |
| 19 |  | *Attorney for Plaintiff State of Nevada* |
| 20 |  | GURBIR S. GREWAL |
|   |  | Attorney General |
| 21 |  | State of New Jersey |
| 22 |  |  |
|   |  | Mayur P. Saxena |
| 23 |  | Assistant Attorney General |
| 24 |  | /s/ *Elspeth Faiman Hans* * |
|   |  | Elspeth Faiman Hans (Pro Hac) |
| 25 |  | Melissa L. Medoway, Section Chief |
| 26 |  | Deputy Attorneys General |
|   |  | R.J. Hughes Justice Complex |
| 27 |  | 25 Market Street, P.O. Box 112 |
|   |  | Trenton NJ 08625 |
| 28 |  |  |

JOINT STIPULATION
4:20-CV-04717-SBA 6

609-376-2752
elspeth.hans@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

HECTOR H. BALDERAS
Attorney General
State of New Mexico

/s/ *Lisa Giandomenico* *
Lisa Giandomenico (Pro Hac)
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
(505) 490-4846
lgiandomenico@nmag.gov
*Attorney for Plaintiff State of New Mexico*

LETITIA A. JAMES
Attorney General
State of New York

/s/ *Carolyn M. Fast* *
Carolyn M. Fast (Pro Hac)
Assistant Attorney General
Bureau of Consumer Frauds and Protection
28 Liberty Street
New York, NY 10005
(212) 416-6250
carolyn.fast@ag.ny.gov
*Attorney for Plaintiff State of New York*

JOSHUA H. STEIN
Attorney General
State of North Carolina

/s/ *Matthew L. Liles* *
Matthew L. Liles (Pro Hac)
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-0141
mliles@ncdoj.gov
*Attorney for Plaintiff State of North Carolina*

ELLEN F. ROSENBLUM

Attorney General
State of Oregon

/s/ *Katherine A. Campbell* *
Katherine A. Campbell (Pro Hac)
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
katherine.campbell@doj.state.or.us
*Attorney for Plaintiff State of Oregon*

JOSH SHAPIRO
Attorney General
Commonwealth of Pennsylvania

/s/ *Michael J. Fischer* *
Michael J. Fischer
Jesse F. Harvey
Chief Deputy Attorneys General
Jacob B. Boyer (Pro Hac)
Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
(267) 768-3968
jboyer@attorneygeneral.gov
*Attorneys for Plaintiff Commonwealth of Pennsylvania*

PETER F. NERONHA
Attorney General
State of Rhode Island

/s/ *Justin J. Sullivan* *
Justin J. Sullivan (Pro Hac)
David Marzilli (Pro Hac)
Special Assistants Attorney General
Rhode Island Office of the Attorney General
150 S. Main St. Providence, RI 02903
Tel: (401) 274-4400 | Fax: (401) 222-2995
Ext. 2007 | jjsullivan@riag.ri.gov
Ext. 2030 | dmarzilli@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

THOMAS J. DONOVAN, JR.

| | |
|---|---|
| 1 | Attorney General |
| | State of Vermont |
| 2 | |
| | /s/ *Merideth Chaudoir* * |
| 3 | Merideth Chaudoir (Pro Hac) |
| 4 | Assistant Attorney General |
| | Office of the Attorney General |
| 5 | 109 State Street |
| | Montpelier, VT 05609-1001 |
| 6 | Merideth.Chaudoir@Vermont.gov |
| | (802) 828-5507 |
| 7 | *Attorney for Plaintiff State of Vermont* |
| 8 | |
| | MARK R. HERRING |
| 9 | Attorney General |
| | Commonwealth of Virginia |
| 10 | |
| 11 | /s/ *Mark S. Kubiak* * |
| | Mark S. Kubiak (Pro Hac) |
| 12 | Assistant Attorney General, Consumer |
| | Protection Section |
| 13 | Samuel T. Towell |
| | Deputy Attorney General, Civil Litigation |
| 14 | Barbara Johns Building |
| | 202 North Ninth Street |
| 15 | Richmond, Virginia 23219 |
| 16 | (804) 786-7364 |
| | mkubiak@oag.state.va.us |
| 17 | *Attorneys for Plaintiff Commonwealth of Virginia* |
| 18 | |
| 19 | JOSHUA L. KAUL |
| | Attorney General |
| 20 | State of Wisconsin |
| | Wisconsin Department of Justice |
| 21 | |
| 22 | /s/ *Shannon A. Conlin* * |
| | Shannon A. Conlin (Pro Hac) |
| 23 | Assistant Attorney General |
| | Post Office Box 7857 |
| 24 | Madison, WI 53707-7857 |
| | (608) 266-1677 |
| 25 | Conlinsa@doj.state.wi.us |
| | *Attorney for Plaintiff State of Wisconsin* |
| 26 | |
| 27 | |
| 28 | |

JOINT STIPULATION
4:20-CV-04717-SBA                    9

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories, by and through the counsel signing on behalf of the State of California, have concurred in the filing of this document.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>v.<br><br>BETSY DEVOS, in her official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>[PROPOSED] ORDER ADOPTING STIPULATED SCHEDULE<br><br>Motion Hearing<br>Date: Wed., Feb. 10, 2021<br>Time: 2:00 pm<br>Place: Oakland Courthouse, 1301 Clay St. Oakland, CA 9461, or by telephonic or video conference means per General Order 72-6<br>Judge: Hon. Saundra Brown Armstrong |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: September 29, 2020

*/s/ Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge