XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General

300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (23713) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov
*Attorneys for Plaintiff the People of the State of California*

[See signature page for the complete list
of parties represented. Civ. L.R. 3-4(a)(1).]

J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7073
Fax: (415) 436-6748
Email: wes.samples@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>BETSY DEVOS, in her official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>**JOINT STIPULATION TO MOVE DEADLINE FOR REPLY AND [PROPOSED] ORDER**<br><br>Current Motion Hearing Date: Feb. 10, 2021<br>Time: 2:00 pm<br>Place: Oakland Courthouse, 1301 Clay St. Oakland, CA 9461, or by telephonic or video conference means<br>Judge: Hon. Saundra Brown Armstrong |

On September 29, 2020, the Plaintiffs and Defendant (collectively, the "Parties") proposed, and the Court approved, a schedule setting a motion hearing for February 10, 2021. *See* Dkt. Nos. 65, 66.  That schedule also set the deadline for Defendant's Reply for January 8, 2021.  *See id.*  Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, the Parties herein jointly stipulate to continue the deadline for Defendant's Reply from January 8, 2021 to January 27, 2021.  This is the second request to modify the schedule in this case, and this requested modification will not impact any other dates set by the Court.  *See id.*  As indicated in the accompanying declaration, this extension is made to accommodate the schedule of Defendant's counsel.

DATED: December 17, 2020                    Respectfully submitted

DAVID L. ANDERSON
United States Attorney

By:     */s/ J. Wesley Samples*
J. WESLEY SAMPLES
Assistant United States Attorney

XAVIER BECERRA
Attorney General
State of California

*/s/ Bernard A. Eskandari* *
NICKLAS A. AKERS
Senior Assistant Attorney General
BERNARD A. ESKANDARI (SBN 244395)
Supervising Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (23713) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov
*Attorneys for Plaintiff the People of the State of California*

MAURA HEALEY
Attorney General

State of Massachusetts

/s/ Yael Shavit *
YAEL SHAVIT (Pro Hac)
MIRANDA COVER (Pro Hac)
MAX WEINSTEIN (Pro Hac)
GRACE GOHLKE (Pro Hac)
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
Tel: (617) 963-2197
Fax: (617) 727-5762
Email: yael.shavit@state.ma.us
*Attorneys for Plaintiff the Commonwealth of*
*Massachusetts*

PHILIP J. WEISER
Attorney General
State of Colorado

/s/ Olivia D. Webster  *
Olivia D. Webster‡ (Pro Hac)
Senior Assistant Attorney
Kevin. J. Burns‡ (Pro Hac)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Libby.Webster@coag.gov
Kevin.Burns@coag.gov
‡Counsel of Record
*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General
State of Connecticut

/s/ Joseph J. Chambers *
Joseph J. Chambers (Pro Hac)
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5270
Fax: (860) 772-1709
Email: joseph.chambers@ct.gov
*Attorney for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General
State of Delaware

/s/ *Vanessa L. Kassab* *
Christian Douglas Wright
Director of Impact Litigation
Vanessa L. Kassab (Pro Hac)
Deputy Attorney General
Delaware Department of Justice
820 North French Street, 5th Floor
Wilmington, DE 19801
(302) 577-8600
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

KARL A. RACINE
Attorney General
District of Columbia

/s/ *Benjamin M. Wiseman* *
Benjamin M. Wiseman (Pro Hac)
Director, Office of Consumer Protection
Attorney General for the District of
Columbia
441 4th Street, N.W., 6th Floor
Washington, DC 20001
202-741-5226
Benjamin.wiseman@dc.gov
*Attorney for the District of Columbia*

CLARE E. CONNORS
Attorney General
State of Hawaiʻi

/s/ *Thomas Francis Mana Moriarty**
Bryan C. Yee (Pro Hac)
Thomas Francis Mana Moriarty
Deputy Attorneys General
425 Queen Street
Honolulu, HI 96813
Tel: (808) 586-1180
Fax: (808) 586-1205
Email: mana.moriarty@hawaii.gov
*Attorneys for Plaintiff the State of Hawaiʻi*

KWAME RAOUL
Attorney General
State of Illinois

/s/ *Caleb Rush* *
Caleb Rush (SBN 189955)
Assistant Attorney General
Greg Grzeskiewicz
Bureau Chief, Consumer Fraud Bureau
Joseph Sanders
Gregory W. Jones
Assistant Attorneys General, Consumer
Fraud Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 12th Fl.
Chicago, IL 60601
312-814-6796 (Sanders)
312-814-4987 (Jones)
312-793-0793 (Rush)
Fax: 312-814-2593
jsanders@atg.state.il.us
gjones@atg.state.il.us
crush@atg.state.il.us
*Attorneys for Plaintiff State of Illinois*

AARON M. FREY
Attorney General
State of Maine

/s/ *Jillian R. O'Brien* *
Jillian R. O'Brien, Cal. SBN 251311
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
jill.obrien@maine.gov
207-626-8582
*Attorneys for Plaintiff the State of Maine*

BRIAN E. FROSH
Attorney General
State of Maryland

/s/ *Christopher J. Madaio* *
Christopher J. Madaio (Pro Hac)
Assistant Attorney General
Office of the Attorney General

Consumer Protection Division
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
(410) 576-6585
cmadaio@oag.state.md.us
*Attorney for Plaintiff State of Maryland*

DANA NESSEL
Attorney General
State of Michigan

/s/ *Brian G. Green* *
Brian G. Green (Pro Hac)
Assistant Attorney General
Michigan Department of Attorney General
525 West Ottawa Street, 5th Floor
P.O. Box 30736
Lansing, MI 48933
(517) 335-7632
GreenB@michigan.gov
*Attorney for Plaintiff State of Michigan*
KEITH ELLISON
Attorney General
State of Minnesota

/s/ *Adam Welle* *
Adam Welle (Pro Hac)
Assistant Attorney General
Bremer Tower, Suite 1200
445 Minnesota Street
St. Paul, MN 55101
(651) 757-1425 (Voice)
(651) 282-5832 (Fax)
adam.welle@ag.state.mn.us
*Attorney for Plaintiff the State of Minnesota*

AARON D. FORD
Attorney General
State of Nevada

ERNEST D. FIGUEROA
Consumer Advocate

/s/ *Laura M. Tucker* *
Laura M. Tucker (Pro Hac)
Senior Deputy Attorney General
State of Nevada, Office of the Attorney

General
Bureau of Consumer Protection
8945 W. Russell Road, #204
Las Vegas, NV 89148
*Attorney for Plaintiff State of Nevada*

GURBIR S. GREWAL
Attorney General
State of New Jersey

Mayur P. Saxena
Assistant Attorney General

/s/ *Elspeth Faiman Hans* *
Elspeth Faiman Hans (Pro Hac)
Melissa L. Medoway, Section Chief
Deputy Attorneys General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton NJ 08625
609-376-2752
elspeth.hans@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

HECTOR H. BALDERAS
Attorney General
State of New Mexico

/s/ *Lisa Giandomenico* *
Lisa Giandomenico (Pro Hac)
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
(505) 490-4846
lgiandomenico@nmag.gov
*Attorney for Plaintiff State of New Mexico*

LETITIA A. JAMES
Attorney General
State of New York

/s/ *Carolyn M. Fast* *
Carolyn M. Fast (Pro Hac)
Assistant Attorney General
Bureau of Consumer Frauds and Protection
28 Liberty Street
New York, NY 10005

(212) 416-6250
carolyn.fast@ag.ny.gov
*Attorney for Plaintiff State of New York*

JOSHUA H. STEIN
Attorney General
State of North Carolina

/s/ *Matthew L. Liles* *
Matthew L. Liles (Pro Hac)
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-0141
mliles@ncdoj.gov
*Attorney for Plaintiff State of North
Carolina*

ELLEN F. ROSENBLUM
Attorney General
State of Oregon

/s/ *Katherine A. Campbell* *
Katherine A. Campbell (Pro Hac)
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
katherine.campbell@doj.state.or.us
*Attorney for Plaintiff State of Oregon*

JOSH SHAPIRO
Attorney General
Commonwealth of Pennsylvania

/s/ *Michael J. Fischer* *
Michael J. Fischer
Jesse F. Harvey
Chief Deputy Attorneys General
Jacob B. Boyer (Pro Hac)
Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
(267) 768-3968

jboyer@attorneygeneral.gov
*Attorneys for Plaintiff Commonwealth of Pennsylvania*

PETER F. NERONHA
Attorney General
State of Rhode Island

/s/ *Justin J. Sullivan* *
Justin J. Sullivan (Pro Hac)
David Marzilli (Pro Hac)
Special Assistants Attorney General
Rhode Island Office of the Attorney General
150 S. Main St. Providence, RI 02903
Tel: (401) 274-4400 | Fax: (401) 222-2995
Ext. 2007 | jjsullivan@riag.ri.gov
Ext. 2030 | dmarzilli@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

THOMAS J. DONOVAN, JR.
Attorney General
State of Vermont

/s/ *Merideth Chaudoir* *
Merideth Chaudoir (Pro Hac)
Merideth Chaudoir (Pro Hac)
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
Merideth.Chaudoir@Vermont.gov
(802) 828-5507
*Attorney for Plaintiff State of Vermont*

MARK R. HERRING
Attorney General
Commonwealth of Virginia

/s/ *Mark S. Kubiak* *
Mark S. Kubiak (Pro Hac)
Assistant Attorney General, Consumer Protection Section
Samuel T. Towell
Deputy Attorney General, Civil Litigation
Barbara Johns Building
202 North Ninth Street
Richmond, Virginia 23219

(804) 786-7364
mkubiak@oag.state.va.us
*Attorneys for Plaintiff Commonwealth of*
*Virginia*

JOSHUA L. KAUL
Attorney General
State of Wisconsin
Wisconsin Department of Justice

/s/ *Shannon A. Conlin* *
Shannon A. Conlin (Pro Hac)
Assistant Attorney General
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-1677
Conlinsa@doj.state.wi.us
*Attorney for Plaintiff State of Wisconsin*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories, by and through the counsel signing on behalf of the State of California, have concurred in the filing of this document.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN, <br><br>     Plaintiffs, <br><br>   v. <br><br> BETSY DEVOS, in her official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION, <br><br>     Defendants. | CASE NO. 4:20-cv-04717 SBA <br><br> **[PROPOSED] ORDER ADOPTING JOINT STIPULATION TO MOVE DEADLINE FOR REPLY** <br><br> Current Motion Hearing Date: Feb. 10, 2021 <br> Time: 2:00 pm <br> Place: Oakland Courthouse, 1301 Clay St. Oakland, CA 9461, or by telephonic or video conference means <br> Judge: Hon. Saundra Brown Armstrong |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: December 18, 2020

The Honorable Saundra Brown Armstrong
United States District Judge