| | |
|---|---|
| AVIER BECERRA<br>Attorney General of California<br>NICKLAS A. AKERS<br>Senior Assistant Attorney General<br>BERNARD A. ESKANDARI (SBN 244395)<br>Supervising Deputy Attorney General<br><br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Tel: (23713) 269-6348<br>Fax: (213) 897-4951<br>Email: bernard.eskandari@doj.ca.gov<br>*Attorneys for Plaintiff the People of the State of California*<br><br>[See signature page for the complete list of parties represented. Civ. L.R. 3-4(a)(1).] | J. WESLEY SAMPLES (CABN 321845)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7073<br>Fax: (415) 436-6748<br>Email: wes.samples@usdoj.gov<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>PHIL ROSENFELT, in his official capacity as Acting Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR REPLY, SET CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER**<br><br>Current Motion Hearing Date: Feb. 10, 2021<br>Time: 2:00 pm<br>Place: Oakland Courthouse, 1301 Clay St. Oakland, CA 9461, or by telephonic or video conference means<br>Judge: Hon. Saundra Brown Armstrong |

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, the
2  Parties herein jointly stipulate to: [1] set a Joint Case Management Conference for Wednesday,
3  March 24, 2021, with a Joint Case Management Statement to be filed on or before Wednesday,
4  March 17, 2021, and [2] to continue the deadline for the U.S. Department of Education's Reply
5  currently due on January 27, 2021.  This is the third request to modify the schedule in this case,
6  and the requested modifications will not impact any other dates set by the Court.  *See* Dkt. Nos.
7  65, 66, 70, 73.  As indicated in the accompanying declaration, this extension is made to
8  accommodate the appointment, and as necessary, the confirmation process, for the appointees of
9  the new administration, so that the U.S. Department of Education may set its position on the
10 barrower defense regulation at issue in this case.

DATED: January 25, 2021                              Respectfully submitted

                  DAVID L. ANDERSON
                  United States Attorney

             By: */s/ J. Wesley Samples*
                 J. WESLEY SAMPLES
                 Assistant United States Attorney


                  XAVIER BECERRA
                  Attorney General
                  State of California

                  */s/ Bernard A. Eskandari* *
                  NICKLAS A. AKERS
                  Senior Assistant Attorney General
                  BERNARD A. ESKANDARI (SBN 244395)
                  Supervising Deputy Attorney General
                  300 South Spring Street, Suite 1702
                  Los Angeles, CA 90013
                  Tel: (23713) 269-6348
                  Fax: (213) 897-4951
                  Email: bernard.eskandari@doj.ca.gov
                  *Attorneys for Plaintiff the People of the State of California*

                  MAURA HEALEY
                  Attorney General

|   |   |
|---|---|
| 1 | State of Massachusetts |
| 2 | /s/ *Yael Shavit* * |
| 3 | YAEL SHAVIT (Pro Hac)<br>MIRANDA COVER (Pro Hac) |
| 4 | MAX WEINSTEIN (Pro Hac)<br>GRACE GOHLKE (Pro Hac) |
| 5 | Assistant Attorneys General<br>One Ashburton Place |
| 6 | Boston, MA 02108<br>Tel: (617) 963-2197 |
| 7 | Fax: (617) 727-5762 |
| 8 | Email: yael.shavit@state.ma.us<br>*Attorneys for Plaintiff the Commonwealth of* |
| 9 | *Massachusetts* |
| 10 | PHILIP J. WEISER |
| 11 | Attorney General<br>State of Colorado |
| 12 |   |
| 13 | /s/ *Olivia D. Webster* *<br>Olivia D. Webster‡ (Pro Hac) |
| 14 | Senior Assistant Attorney<br>Kevin. J. Burns‡ (Pro Hac) |
| 15 | Assistant Attorney General<br>1300 Broadway, 10th Floor |
| 16 | Denver, CO 80203<br>(720) 508-6000 |
| 17 | Libby.Webster@coag.gov |
| 18 | Kevin.Burns@coag.gov<br>‡Counsel of Record |
| 19 | *Attorneys for Plaintiff State of Colorado* |
| 20 | WILLIAM TONG |
| 21 | Attorney General<br>State of Connecticut |
| 22 |   |
| 23 | /s/ *Joseph J. Chambers* *<br>Joseph J. Chambers (Pro Hac) |
| 24 | Assistant Attorney General<br>Office of the Attorney General |
| 25 | 165 Capitol Avenue<br>Hartford, CT 06106 |
| 26 | Tel: (860) 808-5270<br>Fax: (860) 772-1709 |
| 27 | Email: joseph.chambers@ct.gov |
| 28 | *Attorney for Plaintiff State of Connecticut* |

JOINT STIPULATION
4:20-CV-04717-SBA                                   2

| | |
|---|---|
| 1 | |
| 2 | KATHLEEN JENNINGS<br>Attorney General |
| 3 | State of Delaware |
| 4 | /s/ *Vanessa L. Kassab* *<br>Christian Douglas Wright |
| 5 | Director of Impact Litigation<br>Vanessa L. Kassab (Pro Hac) |
| 6 | Deputy Attorney General<br>Delaware Department of Justice |
| 7 | 820 North French Street, 5th Floor |
| 8 | Wilmington, DE 19801<br>(302) 577-8600 |
| 9 | vanessa.kassab@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* |
| 10 | |
| 11 | KARL A. RACINE<br>Attorney General |
| 12 | District of Columbia |
| 13 | /s/ *Benjamin M. Wiseman* * |
| 14 | Benjamin M. Wiseman (Pro Hac)<br>Director, Office of Consumer Protection |
| 15 | Attorney General for the District of<br>Columbia |
| 16 | 441 4th Street, N.W., 6th Floor |
| 17 | Washington, DC 20001<br>202-741-5226 |
| 18 | Benjamin.wiseman@dc.gov<br>*Attorney for the District of Columbia* |
| 19 | |
| 20 | CLARE E. CONNORS<br>Attorney General |
| 21 | State of Hawaiʻi |
| 22 | /s/ *Thomas Francis Mana Moriarty** |
| 23 | Bryan C. Yee (Pro Hac)<br>Thomas Francis Mana Moriarty |
| 24 | Deputy Attorneys General<br>425 Queen Street |
| 25 | Honolulu, HI 96813<br>Tel: (808) 586-1180 |
| 26 | Fax: (808) 586-1205<br>Email: mana.moriarty@hawaii.gov |
| 27 | *Attorneys for Plaintiff the State of Hawaiʻi* |
| 28 | |

JOINT STIPULATION
4:20-CV-04717-SBA                              3

| | |
|---|---|
| 1 | KWAME RAOUL |
| | Attorney General |
| 2 | State of Illinois |
| 3 | |
| | /s/ *Caleb Rush* * |
| 4 | Caleb Rush (SBN 189955) |
| | Assistant Attorney General |
| 5 | Greg Grzeskiewicz |
| | Bureau Chief, Consumer Fraud Bureau |
| 6 | Joseph Sanders |
| | Gregory W. Jones |
| 7 | Assistant Attorneys General, Consumer |
| | Fraud Bureau |
| 8 | Office of the Illinois Attorney General |
| 9 | 100 W. Randolph St., 12th Fl. |
| | Chicago, IL 60601 |
| 10 | 312-814-6796 (Sanders) |
| | 312-814-4987 (Jones) |
| 11 | 312-793-0793 (Rush) |
| 12 | Fax: 312-814-2593 |
| | jsanders@atg.state.il.us |
| 13 | gjones@atg.state.il.us |
| | crush@atg.state.il.us |
| 14 | *Attorneys for Plaintiff State of Illinois* |
| 15 | |
| | AARON M. FREY |
| 16 | Attorney General |
| | State of Maine |
| 17 | |
| | /s/ *Jillian R. O'Brien* * |
| 18 | Jillian R. O'Brien, Cal. SBN 251311 |
| 19 | Assistant Attorney General |
| | Office of the Attorney General |
| 20 | 6 State House Station |
| | Augusta, ME 04333-0006 |
| 21 | jill.obrien@maine.gov |
| | 207-626-8582 |
| 22 | *Attorneys for Plaintiff the State of Maine* |
| 23 | |
| | BRIAN E. FROSH |
| 24 | Attorney General |
| | State of Maryland |
| 25 | |
| | /s/ *Christopher J. Madaio* * |
| 26 | Christopher J. Madaio (Pro Hac) |
| 27 | Assistant Attorney General |
| | Office of the Attorney General |
| 28 | |

JOINT STIPULATION
4:20-CV-04717-SBA                                        4

```
1    Consumer Protection Division
     200 St. Paul Place, 16th Floor
2    Baltimore, MD 21202
     (410) 576-6585
3    cmadaio@oag.state.md.us
4    *Attorney for Plaintiff State of Maryland*

5    DANA NESSEL
     Attorney General
6    State of Michigan

7    /s/ *Brian G. Green* *
8    Brian G. Green (Pro Hac)
     Assistant Attorney General
9    Michigan Department of Attorney General
     525 West Ottawa Street, 5th Floor
10   P.O. Box 30736
     Lansing, MI 48933
11   (517) 335-7632
     GreenB@michigan.gov
12   *Attorney for Plaintiff State of Michigan*
13   KEITH ELLISON
     Attorney General
14   State of Minnesota

15   /s/ *Adam Welle* *
16   Adam Welle (Pro Hac)
     Assistant Attorney General
17   Bremer Tower, Suite 1200
     445 Minnesota Street
18   St. Paul, MN 55101
     (651) 757-1425 (Voice)
19   (651) 282-5832 (Fax)
     adam.welle@ag.state.mn.us
20   *Attorney for Plaintiff the State of Minnesota*
21
     AARON D. FORD
22   Attorney General
     State of Nevada
23
24   ERNEST D. FIGUEROA
     Consumer Advocate
25
     /s/ *Laura M. Tucker* *
26   Laura M. Tucker (Pro Hac)
     Senior Deputy Attorney General
27   State of Nevada, Office of the Attorney
28
```

JOINT STIPULATION
4:20-CV-04717-SBA                          5

|   |   |
|---|---|
| 1 | General |
| 2 | Bureau of Consumer Protection |
|   | 8945 W. Russell Road, #204 |
| 3 | Las Vegas, NV 89148 |
|   | *Attorney for Plaintiff State of Nevada* |

General
Bureau of Consumer Protection
8945 W. Russell Road, #204
Las Vegas, NV 89148
*Attorney for Plaintiff State of Nevada*

GURBIR S. GREWAL
Attorney General
State of New Jersey

Mayur P. Saxena
Assistant Attorney General

/s/ *Elspeth Faiman Hans* *
Elspeth Faiman Hans (Pro Hac)
Melissa L. Medoway, Section Chief
Deputy Attorneys General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton NJ 08625
609-376-2752
elspeth.hans@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

HECTOR H. BALDERAS
Attorney General
State of New Mexico

/s/ *Lisa Giandomenico* *
Lisa Giandomenico (Pro Hac)
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
(505) 490-4846
lgiandomenico@nmag.gov
*Attorney for Plaintiff State of New Mexico*

LETITIA A. JAMES
Attorney General
State of New York

/s/ *Carolyn M. Fast* *
Carolyn M. Fast (Pro Hac)
Assistant Attorney General
Bureau of Consumer Frauds and Protection
28 Liberty Street
New York, NY 10005

JOINT STIPULATION
4:20-CV-04717-SBA                                      6

|   |   |
|---|---|
| 1 | (212) 416-6250 |
| 2 | carolyn.fast@ag.ny.gov |
|   | *Attorney for Plaintiff State of New York* |
| 3 |   |
|   | JOSHUA H. STEIN |
| 4 | Attorney General |
|   | State of North Carolina |
| 5 |   |
|   | /s/ *Matthew L. Liles* * |
| 6 | Matthew L. Liles (Pro Hac) |

(212) 416-6250
carolyn.fast@ag.ny.gov
*Attorney for Plaintiff State of New York*

JOSHUA H. STEIN
Attorney General
State of North Carolina

/s/ *Matthew L. Liles* *
Matthew L. Liles (Pro Hac)
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-0141
mliles@ncdoj.gov
*Attorney for Plaintiff State of North Carolina*

ELLEN F. ROSENBLUM
Attorney General
State of Oregon

/s/ *Katherine A. Campbell* *
Katherine A. Campbell (Pro Hac)
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
katherine.campbell@doj.state.or.us
*Attorney for Plaintiff State of Oregon*

JOSH SHAPIRO
Attorney General
Commonwealth of Pennsylvania

/s/ *Michael J. Fischer* *
Michael J. Fischer
Jesse F. Harvey
Chief Deputy Attorneys General
Jacob B. Boyer (Pro Hac)
Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
(267) 768-3968

JOINT STIPULATION
4:20-CV-04717-SBA                                  7

|   |   |
|---|---|
| 1 | jboyer@attorneygeneral.gov |
| 2 | *Attorneys for Plaintiff Commonwealth of Pennsylvania* |
| 3 |  |
|   | PETER F. NERONHA |
| 4 | Attorney General |
|   | State of Rhode Island |
| 5 |  |
|   | /s/ *Justin J. Sullivan* * |
| 6 | Justin J. Sullivan (Pro Hac) |
|   | David Marzilli (Pro Hac) |
| 7 | Special Assistants Attorney General |
|   | Rhode Island Office of the Attorney General |
| 8 | 150 S. Main St. Providence, RI 02903 |
|   | Tel: (401) 274-4400 | Fax: (401) 222-2995 |
| 9 | Ext. 2007 | jjsullivan@riag.ri.gov |
| 10 | Ext. 2030 | dmarzilli@riag.ri.gov |
|   | *Attorneys for Plaintiff State of Rhode Island* |
| 11 |  |
|   | THOMAS J. DONOVAN, JR. |
| 12 | Attorney General |
|   | State of Vermont |
| 13 |  |
| 14 | /s/ *Merideth Chaudoir* * |
|   | Merideth Chaudoir (Pro Hac) |
| 15 | Merideth Chaudoir (Pro Hac) |
|   | Assistant Attorney General |
| 16 | Office of the Attorney General |
|   | 109 State Street |
| 17 | Montpelier, VT 05609-1001 |
|   | Merideth.Chaudoir@Vermont.gov |
| 18 | (802) 828-5507 |
|   | *Attorney for Plaintiff State of Vermont* |
| 19 |  |
| 20 |  |
|   | MARK R. HERRING |
| 21 | Attorney General |
|   | Commonwealth of Virginia |
| 22 |  |
|   | /s/ *Mark S. Kubiak* * |
| 23 | Mark S. Kubiak (Pro Hac) |
|   | Assistant Attorney General, Consumer |
| 24 | Protection Section |
|   | Samuel T. Towell |
| 25 | Deputy Attorney General, Civil Litigation |
|   | Barbara Johns Building |
| 26 | 202 North Ninth Street |
|   | Richmond, Virginia 23219 |
| 27 |  |
| 28 |  |

JOINT STIPULATION
4:20-CV-04717-SBA                                   8

(804) 786-7364
mkubiak@oag.state.va.us
*Attorneys for Plaintiff Commonwealth of Virginia*

JOSHUA L. KAUL
Attorney General
State of Wisconsin
Wisconsin Department of Justice

/s/ *Shannon A. Conlin* *
Shannon A. Conlin (Pro Hac)
Assistant Attorney General
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-1677
Conlinsa@doj.state.wi.us
*Attorney for Plaintiff State of Wisconsin*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories, by and through the counsel signing on behalf of the State of California, have concurred in the filing of this document.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>  Plaintiffs,<br><br> v.<br><br>BETSY DEVOS, in her official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>**[PROPOSED] ORDER ADOPTING JOINT STIPULATION TO MOVE DEADLINE FOR REPLY**<br><br>Current Motion Hearing Date: Feb. 10, 2021<br>Time: 2:00 pm<br>Place: Oakland Courthouse, 1301 Clay St. Oakland, CA 9461, or by telephonic or video conference means<br>Judge: Hon. Saundra Brown Armstrong |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Court will set a Case Management Conference for Wednesday, March 24, 2021 at 2:30 pm.  The Parties shall file a Joint Case Management Statement on or before Wednesday, March 17, 2021.  The deadline for the U.S. Department of Education's Reply is continued.

DATE: _____

    The Honorable Saundra Brown Armstrong
    United States District Judge

[PROPOSED] ORDER ADOPTING STIPULATED SCHEDULE
4:20-CV-04717-SBA                                   1