DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   wes.samples@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>   Plaintiffs,<br><br>   v.<br><br>PHIL ROSENFELT, in his official capacity as Acting Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>**DECLARATION IN SUPPORT OF JOINT STIPULATION TO CONTINUE DEADLINE FOR REPLY, AND SET CASE MANAGEMENT CONFERENCE,** |

I, J. Wesley Samples, declare as follows:

1. I am an Assistant United States Attorney and represent the Defendants in the above captioned matter. I am a member in good standing of the State Bar of California. The Matters stated in this declaration are true of my own knowledge, and if necessary, I could and would competently testify to them.

2. In the Joint Stipulation Plaintiffs and Defendants jointly request to set a Case Management Conference for Wednesday, March 24, 2021, with a Joint Case Management Statement to be filed on or before Wednesday, March 17, 2021.

3. In the Joint Stipulation Plaintiffs and Defendants also jointly request to continue the deadline for Defendant's Reply, which is presently due on January 27, 2021.

4. The Parties are requesting these changes to accommodate the appointment, and as necessary, the confirmation process, for the appointees of the new administration, so that the U.S. Department of Education may set its position on the barrower defense regulation at issue in this case.

5. This is the third request to modify the schedule in this case, and this request will not impact any deadlines other than those indicated herein.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed with 25th day of January , 2021, in San Francisco, CA.

DATED: January 25, 2021

Respectfully submitted,

*/s/ J. Wesley Samples*
J. WESLEY SAMPLES
Assistant United States Attorney

Attorneys for Defendant

SAMPLES DECL. ISO JOINT STIPULATION
CASE NO. 4:20-CV-04717 SBA

2