# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BETSY DEVOS, in her official capacity as Secretary of Education, et al., <br><br> Defendants. | Case No:  20-cv-04717 SBA <br><br> **ORDER GRANTING JOINT STIPULATION, SETTING CASE MANAGEMENT CONFERNCE, AND HOLDING MOTION TO DISMISS IN ABEYANCE** <br><br> Dkt. 74 |

Pursuant to the parties' stipulation, Dkt. 74, and good causing appearing therefore, IT IS HEREBY ORDERED THAT:

1. The parties' joint stipulation, Dkt, 74, is GRANTED.

2. The parties shall appear for a telephonic Case Management Conference on March 24, 2021, at 2:30 p.m.  The parties shall file a Joint Case Management Statement on or before March 17, 2021.  Counsel shall join the conference line (888) 684-8852 at the date and time specified.  The access code to join the conference is 7281326.

3. Defendants' motion to dismiss, Dkt. 61, shall be HELD IN ABEYANCE pending the Case Management Conference, and the motion hearing currently set for February 10, 2021 is VACATED.  A deadline for Defendants' to file a reply in support of their motion and a new hearing date will be set at the Case Management Conference.

IT IS SO ORDERED.

Dated: 1/26/2021

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge