UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>[PROPOSED] ORDER ADOPTING JOINT STIPULATION TO CONTINUE THE JOINT CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE<br><br>Current Case Management Conference<br>Date: March 24. 2021<br>Time: 2:30 pm<br>Place: by telephonic or video conference<br>Judge: Hon. Saundra Brown Armstrong |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference is continued to May 13, 2021 at 2:30 pm. The Parties shall file a Joint Case Management Statement on or before May 6, 2021.

DATE: March 16, 2021

*Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge