| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>NICKLAS A. AKERS<br>Senior Assistant Attorney General<br>BERNARD A. ESKANDARI (SBN 244395)<br>Supervising Deputy Attorney General<br><br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Tel: (23713) 269-6348<br>Fax: (213) 897-4951<br>Email: bernard.eskandari@doj.ca.gov<br>*Attorneys for Plaintiff the People of the State of California*<br><br>[See signature page for the complete list of parties represented. Civ. L.R. 3-4(a)(1).] | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney<br>SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division<br>J. WESLEY SAMPLES (CABN 321845)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200<br>FAX: (415) 436-7234<br>wes.samples@usdoj.gov<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Robert Bonta, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>**JOINT STIPULATION TO CONTINUE THE JOINT CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER**<br><br>Current Case Management Conference<br>Date: May 13. 2021<br>Time: 2:30 pm<br>Place: by telephonic means<br>Judge: Hon. Saundra Brown Armstrong |

JOINT STIPULATION
4:20-CV-04717-SBA

Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, the Parties herein jointly stipulate to continue the Joint Case Management Statement due May 6, 2021 to August 5, 2021, and to continue the Case Management Conference set for May 13, 2021 to August 12, 2021 at a time to be set by the Court. This is the fifth request to modify the schedule in this case, and the requested modifications will not impact any other dates set by the Court. *See* Dkt. Nos. 65, 66, 70, 73, 75, 77.

As indicated in the accompanying declaration, this extension is requested because the Administration of President Biden believes that colleges must be held accountable if they take advantage of students. To that end, the Department of Education, under the recently confirmed Secretary of Education Dr. Miguel Cardona, plans to look at the borrower defense regulations and identify ways the Department can make sure its regulations create a fair process for students to receive relief if they have been harmed by their college. *See also* DEPARTMENT OF EDUCATION ANNOUNCES ACTION TO STREAMLINE BORROWER DEFENSE RELIEF PROCESS (March 18, 2021), https://www.ed.gov/news/press-releases/department-education-announces-action-streamline-borrower-defense-relief-process ("The Department will be pursuing additional actions [addressing borrower defense claims], including re-regulation, in the future.") This extension will allow the Parties to evaluate how that ongoing process may impact the above captioned case.

DATED: May 3, 2021                    Respectfully submitted

                                                STEPHANIE M. HINDS
                                                Acting United States Attorney

                                    By:    */s/ J. Wesley Samples*
                                                J. WESLEY SAMPLES
                                                Assistant United States Attorney

                                                ROB BONTA Attorney General
                                                State of California

                                                */s/ Bernard A. Eskandari* *
                                                NICKLAS A. AKERS
                                                Senior Assistant Attorney General
                                                BERNARD A. ESKANDARI (SBN 244395)

Supervising Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (23713) 269-6348
Fax: (213) 897-4951
Email: bernard.eskandari@doj.ca.gov
*Attorneys for Plaintiff the People of the State of California*

MAURA HEALEY
Attorney General
State of Massachusetts

/s/ *Yael Shavit* \*
YAEL SHAVIT (Pro Hac)
MIRANDA COVER (Pro Hac)
MAX WEINSTEIN (Pro Hac)
GRACE GOHLKE (Pro Hac)
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
Tel: (617) 963-2197
Fax: (617) 727-5762
Email: yael.shavit@state.ma.us
*Attorneys for Plaintiff the Commonwealth of Massachusetts*

PHILIP J. WEISER
Attorney General
State of Colorado

/s/ *Olivia D. Webster* \*
Olivia D. Webster‡ (Pro Hac)
Senior Assistant Attorney
Kevin. J. Burns‡ (Pro Hac)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Libby.Webster@coag.gov
Kevin.Burns@coag.gov
‡Counsel of Record
*Attorneys for Plaintiff State of Colorado*

WILLIAM TONG
Attorney General
State of Connecticut

| | |
|---|---|
| 1 | /s/ *Joseph J. Chambers* \* |
| 2 | Joseph J. Chambers (Pro Hac) |
|   | Assistant Attorney General |
| 3 | Office of the Attorney General |
|   | 165 Capitol Avenue |
| 4 | Hartford, CT 06106 |
|   | Tel: (860) 808-5270 |
| 5 | Fax: (860) 772-1709 |
|   | Email: joseph.chambers@ct.gov |
| 6 | *Attorney for Plaintiff State of Connecticut* |

```
 1                                    /s/ Joseph J. Chambers *
                                      Joseph J. Chambers (Pro Hac)
 2                                    Assistant Attorney General
                                      Office of the Attorney General
 3                                    165 Capitol Avenue
                                      Hartford, CT 06106
 4                                    Tel: (860) 808-5270
                                      Fax: (860) 772-1709
 5                                    Email: joseph.chambers@ct.gov
                                      Attorney for Plaintiff State of Connecticut
 6
 7                                    KATHLEEN JENNINGS
                                      Attorney General
 8                                    State of Delaware
 9
                                      /s/ Vanessa L. Kassab *
10                                    Christian Douglas Wright
                                      Director of Impact Litigation
11                                    Vanessa L. Kassab (Pro Hac)
                                      Deputy Attorney General
12                                    Delaware Department of Justice
                                      820 North French Street, 5th Floor
13                                    Wilmington, DE 19801
                                      (302) 577-8600
14                                    vanessa.kassab@delaware.gov
                                      Attorneys for Plaintiff State of Delaware
15
16                                    KARL A. RACINE
                                      Attorney General
17                                    District of Columbia
18
                                      /s/ Benjamin M. Wiseman *
19                                    Benjamin M. Wiseman (Pro Hac)
                                      Director, Office of Consumer Protection
20                                    Attorney General for the District of
                                      Columbia
21                                    441 4th Street, N.W., 6th Floor
                                      Washington, DC 20001
22                                    202-741-5226
                                      Benjamin.wiseman@dc.gov
23                                    Attorney for the District of Columbia
24
25                                    CLARE E. CONNORS
                                      Attorney General
26                                    State of Hawaiʻi
27
                                      /s/ Thomas Francis Mana Moriarty*
28
```

Bryan C. Yee
Thomas Francis Mana Moriarty (Pro Hac)
Deputy Attorneys General
425 Queen Street
Honolulu, HI 96813
Tel: (808) 586-1180
Fax: (808) 586-1205
Email: mana.moriarty@hawaii.gov
*Attorneys for Plaintiff the State of Hawai'i*

KWAME RAOUL
Attorney General
State of Illinois

/s/ *Caleb Rush* \*
Caleb Rush (SBN 189955)
Assistant Attorney General
Greg Grzeskiewicz
Bureau Chief, Consumer Fraud Bureau
Joseph Sanders
Gregory W. Jones
Assistant Attorneys General, Consumer Fraud Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 12th Fl.
Chicago, IL 60601
312-814-6796 (Sanders)
312-814-4987 (Jones)
312-793-0793 (Rush)
Fax: 312-814-2593
jsanders@atg.state.il.us
gjones@atg.state.il.us
crush@atg.state.il.us
*Attorneys for Plaintiff State of Illinois*

AARON M. FREY
Attorney General
State of Maine

/s/ *Jillian R. O'Brien* \*
Jillian R. O'Brien, Cal. SBN 251311
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
jill.obrien@maine.gov
207-626-8582

JOINT STIPULATION
4:20-CV-04717-SBA                                4

|   |   |
|---|---|
| 1 | *Attorneys for Plaintiff the State of Maine* |
| 2 | BRIAN E. FROSH |
| 3 | Attorney General<br>State of Maryland |
| 4 |   |
| 5 | /s/ *Christopher J. Madaio* *<br>Christopher J. Madaio (Pro Hac) |
| 6 | Assistant Attorney General<br>Office of the Attorney General |
| 7 | Consumer Protection Division<br>200 St. Paul Place, 16th Floor |
| 8 | Baltimore, MD 21202<br>(410) 576-6585 |
| 9 | cmadaio@oag.state.md.us<br>*Attorney for Plaintiff State of Maryland* |
| 10 |   |
| 11 | DANA NESSEL<br>Attorney General |
| 12 | State of Michigan |
| 13 | /s/ *Brian G. Green* * |
| 14 | Brian G. Green (Pro Hac)<br>Assistant Attorney General |
| 15 | Michigan Department of Attorney General<br>525 West Ottawa Street, 5th Floor |
| 16 | P.O. Box 30736<br>Lansing, MI 48933 |
| 17 | (517) 335-7632<br>GreenB@michigan.gov |
| 18 | *Attorney for Plaintiff State of Michigan*<br>KEITH ELLISON |
| 19 | Attorney General |
| 20 | State of Minnesota |
| 21 | /s/ *Adam Welle* * |
| 22 | Adam Welle (Pro Hac)<br>Assistant Attorney General |
| 23 | Bremer Tower, Suite 1200<br>445 Minnesota Street |
| 24 | St. Paul, MN 55101<br>(651) 757-1425 (Voice) |
| 25 | (651) 282-5832 (Fax)<br>adam.welle@ag.state.mn.us |
| 26 | *Attorney for Plaintiff the State of Minnesota* |
| 27 | AARON D. FORD |
| 28 |   |

JOINT STIPULATION
4:20-CV-04717-SBA                            5

Attorney General
State of Nevada

ERNEST D. FIGUEROA
Consumer Advocate

/s/ *Laura M. Tucker* *
Laura M. Tucker (Pro Hac)
Senior Deputy Attorney General
State of Nevada, Office of the Attorney General
Bureau of Consumer Protection
8945 W. Russell Road, #204
Las Vegas, NV 89148
*Attorney for Plaintiff State of Nevada*

GURBIR S. GREWAL
Attorney General
State of New Jersey

Mayur P. Saxena
Assistant Attorney General

/s/ *Elspeth Faiman Hans* *
Elspeth Faiman Hans (Pro Hac)
Melissa L. Medoway, Section Chief
Deputy Attorneys General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton NJ 08625
609-376-2752
elspeth.hans@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

HECTOR H. BALDERAS
Attorney General
State of New Mexico

/s/ *Lisa Giandomenico* *
Lisa Giandomenico (Pro Hac)
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
(505) 490-4846
lgiandomenico@nmag.gov
*Attorney for Plaintiff State of New Mexico*

|   |   |
|---|---|
| 1 | LETITIA A. JAMES |
|   | Attorney General |
| 2 | State of New York |
| 3 |   |
|   | /s/ *Carolyn M. Fast* * |
| 4 | Carolyn M. Fast (Pro Hac) |
|   | Assistant Attorney General |
| 5 | Bureau of Consumer Frauds and Protection |
|   | 28 Liberty Street |
| 6 | New York, NY 10005 |
|   | (212) 416-6250 |
| 7 | carolyn.fast@ag.ny.gov |
| 8 | *Attorney for Plaintiff State of New York* |
| 9 | JOSHUA H. STEIN |
|   | Attorney General |
| 10 | State of North Carolina |
| 11 |   |
|   | /s/ *Matthew L. Liles* * |
| 12 | Matthew L. Liles (Pro Hac) |
|   | Assistant Attorney General |
| 13 | North Carolina Department of Justice |
|   | 114 W. Edenton Street |
| 14 | Raleigh, NC 27603 |
|   | (919) 716-0141 |
| 15 | mliles@ncdoj.gov |
| 16 | *Attorney for Plaintiff State of North Carolina* |
| 17 |   |
| 18 | ELLEN F. ROSENBLUM |
|   | Attorney General |
| 19 | State of Oregon |
| 20 | /s/ *Katherine A. Campbell* * |
|   | Katherine A. Campbell (Pro Hac) |
| 21 | Assistant Attorney General |
|   | Oregon Department of Justice |
| 22 | 100 SW Market Street |
|   | Portland, OR 97201 |
| 23 | (971) 673-1880 |
|   | katherine.campbell@doj.state.or.us |
| 24 | *Attorney for Plaintiff State of Oregon* |
| 25 |   |
| 26 | JOSH SHAPIRO |
|   | Attorney General |
| 27 | Commonwealth of Pennsylvania |
| 28 |   |

/s/ *Jacob B. Boyer* *
Michael J. Fischer
Jesse F. Harvey
Chief Deputy Attorneys General
Jacob B. Boyer (Pro Hac)
Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
(267) 768-3968
jboyer@attorneygeneral.gov
*Attorneys for Plaintiff Commonwealth of Pennsylvania*

PETER F. NERONHA
Attorney General
State of Rhode Island

/s/ *Justin J. Sullivan* *
Justin J. Sullivan (Pro Hac)
David Marzilli (Pro Hac)
Special Assistants Attorney General
Rhode Island Office of the Attorney General
150 S. Main St. Providence, RI 02903
Tel: (401) 274-4400 | Fax: (401) 222-2995
Ext. 2007 | jjsullivan@riag.ri.gov
Ext. 2030 | dmarzilli@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

THOMAS J. DONOVAN, JR.
Attorney General
State of Vermont

/s/ *Merideth Chaudoir* *
Merideth Chaudoir (Pro Hac)
Merideth Chaudoir (Pro Hac)
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
Merideth.Chaudoir@Vermont.gov
(802) 828-5507
*Attorney for Plaintiff State of Vermont*

MARK R. HERRING
Attorney General
Commonwealth of Virginia

|   |   |
|---|---|
| | /s/ *Mark S. Kubiak* *  |
| | Mark S. Kubiak (Pro Hac) |
| | Assistant Attorney General, Consumer Protection Section |
| | Samuel T. Towell |
| | Deputy Attorney General, Civil Litigation |
| | Barbara Johns Building |
| | 202 North Ninth Street |
| | Richmond, Virginia 23219 |
| | (804) 786-7364 |
| | mkubiak@oag.state.va.us |
| | *Attorneys for Plaintiff Commonwealth of Virginia* |
| | |
| | JOSHUA L. KAUL |
| | Attorney General |
| | State of Wisconsin |
| | Wisconsin Department of Justice |
| | |
| | /s/ *Shannon A. Conlin* * |
| | Shannon A. Conlin (Pro Hac) |
| | Assistant Attorney General |
| | Post Office Box 7857 |
| | Madison, WI 53707-7857 |
| | (608) 266-1677 |
| | Conlinsa@doj.state.wi.us |
| | *Attorney for Plaintiff State of Wisconsin* |

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories, by and through the counsel signing on behalf of the State of California, have concurred in the filing of this document.*

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | OAKLAND DIVISION |

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel.Robert Bonta, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>**[PROPOSED] ORDER ADOPTING JOINT STIPULATION TO CONTINUE THE JOINT CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE**<br>Current Case Management Conference<br>Date: May 13. 2021<br>Time: 2:30 pm<br>Place: by telephonic means<br>Judge: Hon. Saundra Brown Armstrong |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference is continued to August 12, 2021 at _____. The Parties shall file a Joint Case Management Statement on or before August 5, 2021.

DATE:

_____
The Honorable Saundra Brown Armstrong
United States District Judge

[PROPOSED] ORDER ADOPTING JOINT STIPULATION
4:20-CV-04717-SBA                                                         1