STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   wes.samples@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Rob Bonta, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>**DECLARATION IN SUPPORT OF JOINT STIPULATION TO CONTINUE THE JOINT CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE** |

I, J. Wesley Samples, declare as follows:

1. I am an Assistant United States Attorney and represent the Defendants in the above captioned matter. I am a member in good standing of the State Bar of California. The Matters stated in this declaration are true of my own knowledge, and if necessary, I could and would competently testify to them.

2. In the Joint Stipulation Plaintiffs and Defendants jointly request to continue the Joint Case Management Statement due May 6, 2021 to August 5, 2021, and to continue the Case Management Conference set for May 13, 2021 to August 12, 2021.

3. The Parties are requesting these changes in view of the position of the Biden Administration's belief that colleges must be held accountable if they take advantage of students. To that end, the Department of Education, under the recently confirmed Secretary of Education Dr. Miguel Cardona, plans to look at the borrower defense regulations and identify ways the Department can make sure its regulations create a fair process for students to receive relief if they have been harmed by their college. *See also* DEPARTMENT OF EDUCATION ANNOUNCES ACTION TO STREAMLINE BORROWER DEFENSE RELIEF PROCESS (March 18, 2021), https://www.ed.gov/news/press-releases/department-education-announces-action-streamline-borrower-defense-relief-process ("The Department will be pursuing additional actions [addressing borrower defense claims], including re-regulation, in the future.") This extension will allow the Parties to evaluate how that ongoing process may impact this case.

4. This is the fifth request to modify the schedule in this case, and this request will not impact any deadlines other than those indicated herein.

1  I declare under penalty of perjury under the laws of the United States that the above is true and
2  accurate.  Executed with 3rd day of May 2021, in San Francisco, CA.

4  DATED: May 3, 2021                    Respectfully submitted,

                                         */s/ J. Wesley Samples*
                                         J. WESLEY SAMPLES
                                         Assistant United States Attorney

                                         Attorneys for Defendant

SAMPLES DECL. ISO JOINT STIPULATION
CASE NO. 4:20-CV-04717 SBA

3