UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Rob Bonta, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney Jason S. Miyares; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>**ORDER CONTINUING STAY** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The stay set by the Order at Dkt. No. 81 is continued to November 30, 2022. A Joint Status Report is due seven days before the expiration of this stay, on November 23, 2022. In that Joint Status Report the Parties shall advise the court of: (1) the status of the Department's review of the borrower defense regulation at issue; (2) whether any action has been taken that impacts the posture of the case; (3) if the Department of Education has published a final barrower defense regulation as of November 23, 2022, why this case should not be voluntarily dismissed; and (4) whether the stay should be extended or allowed to expire.

DATE: 3/1/2022

_____ RS
RICHARD SEEBORG FOR SAUNDRA B. ARMSTRONG
United States District Judge