PHILIP J. WEISER
Attorney General for Colorado
KEVIN J. BURNS (PRO HAC VICE)
Assistant Attorney General
Colorado Department of Law
1300 Broadway, 10th Foor
Denver, Colorado 80203
(Tel.): 720-508-6110
Email: kevin.burns@coag.gov

**APPROVED**
Richard Seeborg for
Judge Saundra B. Armstrong

UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVIDION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BETSY DEVOS, et al.,<br><br>Defendants. | Case No.: 20-cv-04717-SBA<br><br>**MOTION FOR LEAVE TO WITHDRAW OLIVIA D. WEBSTER AS COUNSELOF RECORD FOR PLAINTIFF THE STATE OF COLORADO** |

Pursuant to Local Rule of Civil Procedure 11-5, and with consent of the Plaintiff State of Colorado, undersigned counsel Kevin J. Burns respectfully moves this honorable court for leave to withdraw Olivia D. Webster as counsel of record for the State of Colorado. In support of this motion, the undersigned counsel shows as follows:

1. Olivia D. Webster has been counsel of for the State of Colorado since July 22, 2020 in this matter.

MOTION FOR LEAVE TO WITHDRAW OLIVIA D. WEBSTER AS COUNSELOF RECORD FOR PLAINTIFF THE STATE OF COLORADO - 1

2. As of January 7, 2022, Ms. Webster is no longer employed by the Colorado Department of Law and is therefore unable to continue to represent the State of Colorado in this matter.

3. The State of Colorado, by and through its Attorney General Philip J. Weiser has been consulted about this motion and consents to its entry.

4. Kevin J. Burns will continue to represent The State of Colorado in this matter.

5. Granting this motion will not prejudice any party or otherwise impede the swift administration of this matter, especially given the presence of capable counsel for co-plaintiffs.

Therefore, undersigned counsel respectfully moves to this Court to allow Olivia D. Webster to be withdrawn as counsel for the State of Colorado.

Dated this 8th of February 2022.

Respectfully submitted,

/s/ Kevin J. Burns
Kevin J. Burns
Assistant Attorney General

*Attorney for the State of Colorado*

MOTION FOR LEAVE TO WITHDRAW OLIVIA D. WEBSTER AS COUNSELOF RECORD FOR PLAINTIFF THE STATE OF COLORADO - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February 2022, I authorized the electronic filing for the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Kevin J. Burn*s
Kevin J. Burns
Assistant Attorney General

MOTION FOR LEAVE TO WITHDRAW OLIVIA D. WEBSTER AS COUNSEL OF RECORD FOR PLAINTIFF THE STATE OF COLORADO - 3