Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Commonwealth of Massachusetts, et al.

Plaintiff(s),

v.

Betsy Devos, in her official capacity as Secretary of Education, and US Dep't of Ed.

Defendant(s).

Case No: 20-cv-04717

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kimberley A. D'Arruda, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of North Carolina in the above-entitled action. My local co-counsel in this case is Bernard A. Eskandari, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 114 West Edenton Street<br>Raleigh, NC 27603 | 300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (919) 716-6000 | (213) 269-6348 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kdarruda@ncdoj.gov | bernard.eskandari@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 25271.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/15/22

Kimberley A. D'Arruda
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kimberley A. D'Arruda is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/1/2022

*Saundra B. Armstrong* RS
RICHARD SEEBORG FOR SAUNDRA B ARMSTRONG
UNITED STATES DISTRICT JUDGE

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Amy L. Funderburk, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 29, 1998, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Kimberley A. D'Arruda

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

    To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

    WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this February 7, 2022.

*Amy L. Funderburk*

Amy L. Funderburk
Clerk of the Supreme Court
of the State of North Carolina