UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Commonwealth of Masschusetts et al., <br> Plaintiff(s), <br> v. <br> Betsy DeVos, in her official capacity as Secretary of Education et al., <br> Defendant(s). | Case No. 20-cv-04717 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Bryan C. Yee, an active member in good standing of the bar of State of Hawai'i, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Hawai'i in the above-entitled action. My local co-counsel in this case is Bernard Eskandari, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 244395.

425 Queen St., Honolulu, HI 96814
MY ADDRESS OF RECORD

300 South Spring Street, Suit 1702, Los Angeles, CA 90013
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(808) 586-1180
MY TELEPHONE # OF RECORD

(808) 269-6348
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bryan.c.yee@hawaii.gov
MY EMAIL ADDRESS OF RECORD

bernard.eskandari@doj.ca.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4050.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/14/2020

Bryan C. Yee
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bryan C. Yee is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/15/2022

*Saundra B. Armstrong*   RS

RICHARD SEEBORG FOR SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICTJUDGE

# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**BRYAN C. YEE**
..................................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Kristy T. Uemura, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **Byan C. Yee** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on October 17, 1985. This attorney's current status is active and they are presently in good standing.

DATED:    Honolulu, Hawai'i, July 13, 2022.

..................................................................
Clerk, Supreme Court of Hawai'i