HOLLY T. SHIKADA
Attorney General of Hawaiʻi

BRYAN C. YEE
T. F. MANA MORIARTY *(Pro Hac Vice)*
Deputy Attorneys General
Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1180
Fax: (808) 586-1205
Email: bryan.c.yee@hawaii.gov
       mana.moriarty@hawaii.gov

*Attorneys for Plaintiff*
STATE OF HAWAIʻI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; PEOPLE OF THE STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL on behalf of the PEOPLE OF MICHIGAN; STATE OF MINNESOTA by and through Attorney General Keith Ellison; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA ex rel. Attorney General Joshua H. Stein; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA ex rel. Attorney General Mark R. Herring; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>BETSY DEVOS, in her official capacity as Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | CASE NO. 4:20-cv-04717 SBA<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF STATE OF HAWAIʻI** |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF STATE OF HAWAIʻI**

Pursuant to Local Rule of Civil Procedure 11-5, and with the consent of the Plaintiff State of Hawaiʻi, the undersigned counsel T. F. Mana Moriarty respectfully moves this honorable court for leave to withdraw as counsel of record for the State of Hawaiʻi. In support of this motion, the undersigned counsel shows as follows:

1. The undersigned counsel has been the counsel of record for the State of Hawaiʻi since this case's inception.

2. As of February 4, 2022, the undersigned counsel has transferred to a different division of the State of Hawaiʻi Department of the Attorney General with new responsibilities.

3. Therefore, counsel is unable to continue representing the State of Hawaiʻi in this action.

4. The State of Hawaiʻi, by and through Attorney General Holly T. Shikada, has been consulted about this motion and consents to its entry.

5. The State of Hawaiʻi will replace the undersigned counsel with a duly qualified counsel in this matter, upon their admission, without delay.

6. In the interim, any notices or communication about this case can be made to:

    Bryan C. Yee
    Supervising Deputy Attorney General
    bryan.c.yee@hawaii.gov

    Benjamin Maxwell Creps
    Deputy Attorney General
    benjamin.m.creps@hawaii.gov

    Department of the Attorney General
    State of Hawaiʻi
    425 Queen Street
    Honolulu, Hawaiʻi 96813
    (808) 586-1180

7. Granting this motion will not prejudice any party or otherwise impede the swift administration of this matter, especially given the presence of capable counsel for the co-plaintiffs.

Therefore, undersigned counsel respectfully moves this Court to allow him to withdraw as counsel for the State of Hawaiʻi.

DATED: July 8, 2022                           Respectfully submitted,

                                  HOLLY T. SHIKADA
                                  Attorney General
                                  State of Hawaiʻi

By:   */s/ T. F. Mana Moriarty*
      T. F. MANA MORIARTY
      Deputy Attorney General
      *(Pro Hac Vice)*

      *Attorney for Plaintiff*
      STATE OF HAWAIʻI



GRANTED
Judge Saundra B. Armstrong
RS
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF STATE OF HAWAIʻI
4:20-CV-04717-SBA
2